IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HOLLY WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) No.  19-cv-3162-KLM |
| MEMORIAL MEDICAL CENTER, | ) |
| Defendant. | ) |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

COMES NOW Plaintiff, HOLLY WILLIAMS, by her attorneys, Hughes Socol Piers Resnick & Dym, Ltd., and Defendant, MEMORIAL MEDICAL CENTER, its attorneys Sorling Northrup, who herein jointly stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-captioned matter is DISMISSED WITH PREJUDICE with each party hereto to bear his or its own incurred costs of prosecution of these proceedings.

| HOLLY WILLIAMS, Plaintiff | MEMORIAL MEDICAL CENTER, Defendant |
|---|---|
| By: /s/Jennifer M. Sender | By: s/ John A. Kauerauf (with consent) |
| Jennifer M. Sender, Bar #6207774 | John A. Kauerauf, Bar #6193413 |
| Hughes Socol Piers Resnick & Dym, Ltd. | Sorling Northrup |
| 70 West Madison Street, Suite 4000 | 1 N. Old State Capitol Plaza, Suite 200 |
| Chicago, IL  60602 | P.O. Box 5131 |
| Telephone:  312-604-2778 | Springfield, IL  62705 |
| E-Mail: jsender@hsplegal.com | Telephone: 217-544 1144 |
| | Fax: 217-522-3173 |
| | E Mail: jakauerauf@sorlinglaw.com |

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that on March _____, 2024, he served a true and correct copy of the Stipulation of Dismissal with Prejudice by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of all parties who have registered to receive notices electronically.

                                                          s/ Jennifer M. Sender